In the Matter of the Claim of ROBERT BOSDYCK, Respondent, against ROCHESTER FOLDING BOX COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Claimant has an award for total disability caused by tuberculosis of the lungs. The first objective symptom was a pulmonary hemorrhage. This occurred directly after claimant had carried a bundle of paper or cardboard weighing about seventy-five pounds a distance and up a short flight of stairs. He had been engaged in the same work most of the day. A physician testified that claimant had tuberculosis, or at least was predisposed toward it before the hemorrhage; that the strain of lifting the paper ruptured a blood vessel in the lungs and activated the previously dormant condition. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RIVERSIDE DRIVE ESTATES, INC., Relator, v. RALPH S. CARMICHAEL and Another, Assessors of the City of Binghamton, and JOHN A. GILES and Others, Constituting the Board of Review of the City of Binghamton, N. Y., Respondents.— Motion to dismiss appeal granted, unless the city stipulates not to sell relator's real estate under the 1933 assessment; if the city so stipulates, the court grants motion to dismiss appeal unless appellant perfects the appeal, files and serves printed record and brief, on or before October 15, 1935, and is ready for argument at the November term. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

RAYMOND G. BURGE, as Administrator, etc., of WILLIAM E. BURGE, Deceased, Appellant, v. THE STATE OF NEW YORK, Respondent.— Motion to dispense with printing of record on appeal denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

HAROLD T. CONFER and Another, Appellants, v. ERNEST J. PIRMAN and Another, Respondents.— Motion to dismiss appeal held pending argument of appeal from final judgment. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

WILLIAM V. CULLEN, Appellant, v. THE STATE OF NEW YORK, Respondent.— Motion by claimant for leave to appeal to this court as a poor person granted. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

OSIAS KREINER and Another, Respondents, v. GUSSIE SCHLANGER and Others, Appellants.— Motion to dismiss appeal denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of ROSOLINO SFERLAZZA, Appellant, against JOHN H. DEEVES & BROS., INC., and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for order permitting appellant to prosecute appeal as a poor person denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Application of KINGS COUNTY LIGHTING COMPANY, Petitioner, for a Certiorari Order against MILO R. MALTBIE and Others, Constituting the Public Service Commission of the State of New York, and Another, Respondents.— Motion for reargument granted. [See 244 App. Div. 475.] Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

SHEELY BROS., INC., Appellant, Respondent, v. INTERNATIONAL HARVESTER COMPANY OF AMERICA, Respondent, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.